**Electronically Filed
Supreme Court
SCWC-13-0005273
26-JAN-2015
09:58 AM**

SCWC-13-0005273

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM A. CORNELIO, III, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005273; S.P.P. NO. 13-1-0007(2); CR. NO. 94-0590(2))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant William A. Cornelio,

III's Application for Writ of Certiorari, filed on December 16,

2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 26, 2015.

William A. Cornelio, III          /s/ Mark E. Recktenwald
petitioner pro se
                                  /s/ Paula A. Nakayama

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson